

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-23-00154-CR

---

EX PARTE GREGORY NEWSON

---

On Appeal from the 123rd District Court
Panola County, Texas
Trial Court No. 2022-C-132

---

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

## MEMORANDUM OPINION

Appellant, Gregory Newson, has filed a motion to dismiss this appeal. The motion was signed by both Newson and his appellate counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2(a), we grant the motion. *See id.*

Accordingly, we dismiss this appeal.

Jeff Rambin
Justice

Date Submitted:      August 25, 2023
Date Decided:      August 28, 2023

Do Not Publish